ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AP-UPLAND FREEWAY CENTER, LLC a limited liability company; KELLY PAPER COMPANY, a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 5:15-cv-00983-RGK-DTB<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Hon. R. Gary Klausner presiding] |

1
2
3
4
5

     Pursuant to the parties' "Stipulation of Voluntary Dismissal without Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above entitled action shall be dismissed entirely without prejudice. Each party shall bear his or its own costs and attorney's fees.

6 IT IS SO ORDERED

7 Dated: July 15, 2016

*/s/ Gary Klausner*
_____
Judge, United States District Court,
Central District of California